IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH W. HUNTER**, | : | CIVIL ACTION NO. 1:05-CV-1990 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CHIEF CHARLES KELLER, et al.**, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 1st day of December, 2005, upon consideration of plaintiff's motion (Doc. 14) for appointment of counsel and an investigator, and it appearing that the order of court (Doc. 13) dated November 21, 2005 denied a previous request for appointment of counsel,[1] and that plaintiff's discovery options obviate the need for the requested investigator, see FED. R. CIV. P. 26-36, it is hereby ORDERED that the motion (Doc. 14) is DENIED.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The instant motion, filed on the same date as the order of court denying the appointment of counsel, refers to plaintiff's previously filed motion. (See Doc. 14 ¶ 1.)