# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH W. HUNTER**, | : | **CIVIL ACTION NO. 1:05-CV-1990** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **CHIEF CHARLES KELLER, et al.**, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 19th day of July, 2006, upon consideration of the subpoenas filed by plaintiff (Doc. 33), presently incarcerated and proceeding *pro se* and *in forma pauperis* (Doc. 34), for service of a completed subpoena (see Doc. 29), see 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process [in *in forma pauperis*] cases."), it is hereby ORDERED that the United States Marshal is directed to serve the completed subpoenas, accompanied by a copy of this order, by delivering a copy thereof to Pinnacle Health (Doc. 33 at 1) and Life Team Ambulance (Doc. 33 at 2).[1]  See 28 U.S.C. § 1915(d).

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The court expresses no opinion at this time on whether the subpoenas seek discoverable information.  See FED. R. CIV. P. 45(c).